# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE: )
)
Achsah Jones, ) Bankruptcy No. 10 B 37929
)
Debtor(s) )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on __June 26, 2013 at 10:00 a.m.__ in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 13 Trustee, Tom Vaughn, is to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: JUN 0 4 2013

In re: Achsah Jones
Bankruptcy No. 10 B 37929

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on JUN 0 4 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

*Trustee*
Tom Vaughn
ecf@tvch13.net

*Debtor's Attorney*
Jeremy E Nash
courtnotice@robertjsemrad.com

*U.S. Trustee*
USTPRegion11.ES.ECF@usdoj.gov

### Served through First Class Mail

*Debtor(s)*
Achsah Jones
14311 Page Ave
Dixmoor, IL 60426