## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | JACK B. SCHMETTERER | Hearing Date | July 31, 2013 |

| | | | |
|---|---|---|---|
| Bankruptcy Case No. | 10 B 37929 | Adversary No. | |

**Title of Case**    In re: Achsan Jones

**Brief Statement of Motion**    On Order of Court

**Names and Addresses of moving counsel**    See Attached Service Certificate

**Representing**

## ORDER

### IT IS HEREBY ORDERED THAT:

Trustee is ordered to file a Final Report in 7 days by August 7, 2013.

Set for status hearing on August 21, 2013 at 10:00 a.m. in courtroom 682.

Enter:

Jack B. Schmetterer, U.S.B.J.